1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

AXIS SURPLUS INSURANCE
COMPANY,

Case No.  4:19-cv-05714-JSW  JSW

8

Plaintiffs,

9

v.

10

SONY INTERACTIVE
ENTERTAINMENT LLC,

11

12

Defendants.

**ORDER SETTING CASE
MANAGEMENT CONFERENCE AND
REQUIRING JOINT CASE
MANAGEMENT CONFERENCE
STATEMENT**

13

TO ALL PARTIES AND COUNSEL OF RECORD:

14

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby

15

ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

16

Conference shall be held in this case on December 13, 2019, at 11:00 A.M., in Courtroom 5, 2nd

17

Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

18

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

19

any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

20

plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

21

with Civil L. R. 5-5(a).

22

The parties shall file a joint case management statement no later than **five (5) court days**

23

prior to the conference.  The joint case management statement shall address all of the topics set

24

forth in the Standing Order for All Judges of the Northern District of California - Contents of Joint

25

Case Management Statement, which can be found on the Court's website located at

26

http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is

27

proceeding without counsel, the parties may file separate case management statements.  Separate

28

statements may also address all of the topics set forth in the Standing Order referenced above.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    The parties shall appear in person through counsel with full and complete authority: (1) to

2    address all issues presented in their joint case management conference statement; and (2) to enter

3    stipulations, make admissions, and agree to further scheduling dates.  The parties shall identify the

4    person who shall appear at the case management conference in the case management conference

5    statement.

6    Any request to reschedule the date of the conference shall be made in writing, and by

7    stipulation if possible, at least **ten (10) calendar days** before the date of the conference and must

8    be based upon good cause.  In order to assist the Court in evaluating any need for disqualification

9    or recusal, the parties shall disclose to the Court the identities of any person, associations, firms,

10   partnerships, corporations or other entities known by the parties to have either (1) financial interest

11   in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that

12   could be substantially affected by the outcome of the proceeding.  If disclosure of non-party

13   interested entities or persons has already been made as required by Civil L. R. 3-16, the parties

14   may simply reference the pleading or document in which the disclosure was made.  In this regard,

15   counsel are referred to the Court's Recusal Order posted on the Court website at the Judges

16   Information link at http://www.cand.uscourts.gov.

17   **IT IS SO ORDERED**.

18   Dated: September 19, 2019

19   _____

20   JEFFREY S. WHITE
     United States District Judge

2